No. 634. PETER T. COFFIELD ET AL., PETITIONERS, *v.* THE FLETCHER MANUFACTURING COMPANY. November 8, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Richard J. McCarty* for petitioners. *Mr. Edmund E. Wood* for respondent.

---

No. 642. THE TUNIS LUMBER COMPANY ET AL., PETITIONERS, *v.* CUMBERLAND LUMBER COMPANY. November 8, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Robert M. Hughes* for petitioners. No appearance for respondent.

---

No. 635. GUARANTY TRUST CO. OF NEW YORK, PETITIONER, *v.* METROPOLITAN STREET RAILWAY COMPANY ET AL.; No. 636. MORTON TRUST COMPANY, PETITIONER, *v.* GUARANTY TRUST COMPANY OF NEW YORK ET AL.; and No. 654. METROPOLITAN SECURITIES COMPANY, PETITIONER, *v.* WILLIAM W. LADD, RECEIVER, ETC. November 15, 1909. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Julien T. Davies, Mr. Brainard Tolles* and *Mr. John C. Spooner* for the Guaranty Trust Company of New York. *Mr. Bronson Winthrop* and *Mr. Charles Thomas Payne* for the Morton Trust Company. *Mr. Richard Reid Rogers* for the Metropolitan Securities Company. *Mr. Arthur H. Masten, Mr. Matthew C. Fleming, Mr. James Byrne, Mr. Frank H. Platt, Mr. J. Parker Kirlin, Mr. W. M. Chadbourne* and *Mr. W. M. Coleman* for respondents in Nos. 635 and 636, and *Mr. Joseph H. Choate, Mr. Arthur H. Masten* and *Mr. Robert C. Beatty* for respondents in No. 654.